No. 73–259. EDWIN L. WIEGAND Co. *v.* JURINKO ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mc-*

*Donnell Douglas Corp.* v. *Green,* 411 U. S. 792 (1973).